AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 12, 2021**

SEAN F. McAVOY, CLERK

UNIVERSAL FUNDING CORPORATION,
a Washington corporation,

*Plaintiff*

v.

STOCKWELL HARRIS WOOLVERTON HELPHREY,
a California corporation; GEORGE WOOLVERTON, an
individual; and STEVEN I. HARRIS, an individual,

*Defendant*

Civil Action No. 2:20-CV-205-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Stipulated Motion to Dismiss with Prejudice is GRANTED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs as to Defendants Stockwell Harris Woolverton Helphrey and George Woolverton, only.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson

Date: January 12, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza

*(By) Deputy Clerk*