FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNIVERSAL FUNDING CORPORATION, | NO:  2:20-CV-205-RMP |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| STEVEN I. HARRIS, an individual, | |
| Defendant. | |

BEFORE THE COURT is the Plaintiff's Notice of Voluntary Dismissal with Prejudice.  ECF No. 47.  Having reviewed the Notice and the record, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 47**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    **IT IS SO ORDERED**. The District Court Clerk is directed to enter this

2    Order, enter a Judgment of Dismissal with Prejudice, provide copies to counsel, and

3    **close this case**.

4    **DATED** April 14, 2021.

5

6                                          _s/ Rosanna Malouf Peterson_
                                          ROSANNA MALOUF PETERSON
                                          United States District Judge

7

ORDER OF DISMISSAL WITH PREJUDICE ~ 2